FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*9:58 am, Apr 02, 2021*
JEFFREY P. COLWELL, CLERK

# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**DANNY LEE BARKER, and
VALERIE ANN BARKER,**

    Defendants.

**FILED UNDER SEAL**

COLORADO CASE #21-mj-00063-MEH

**CASE NO. 6:20-cr-10059-JWB-01-02**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### Count One
### 18 U.S.C. § 876(b) and §2
### (Mailing Threatening Communication)

On or about January 17, 2020, in the District of Kansas and elsewhere, the defendants,

**DANNY LEE BARKER and VALERIE ANN BARKER,**

with intent to extort from any person any money or other thing of value, did knowingly deposit and cause to be delivered any communication containing any threat to kidnap any person, namely, a member of the federal judiciary.

In violation of Title 18, United States Code, Section 876(b) and 2.

1

## Count Two
## 18 U.S.C. § 876(b) and §2
### (Mailing Threatening Communication)

On or about March 30, 2020, in the District of Kansas and elsewhere, the defendants,

**DANNY LEE BARKER and VALERIE ANN BARKER,**

with intent to extort from any person any money or other thing of value, did knowingly deposit and cause to be delivered any communication containing any threat to kidnap any person, namely, a member of the federal judiciary.

In violation of Title 18, United States Code, Section 876(b) and 2.

## Count Three
## 18 U.S.C. § 876(b) and §2
### (Mailing Threatening Communication)

On or about April 13, 2020, in the District of Kansas and elsewhere, the defendants,

**DANNY LEE BARKER and VALERIE ANN BARKER,**

with intent to extort from any person any money or other thing of value, did knowingly deposit and cause to be delivered any communication containing any threat to kidnap any person, namely, a member of the federal judiciary.

In violation of Title 18, United States Code, Section 876(b) and 2.

**A TRUE BILL**

September 9, 2020                                  s/Foreperson
DATE                                               FOREPERSON OF THE GRAND JURY

2

/s/Stephen R. McAllister
STEPHEN R. McALLISTER, Ks. S. Ct. No. 15845
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Stephen.McAllister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

3